

**FILED**
8/22/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION



RECEIVED

JUL 0 8 2016
7-8-16 JK
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Terrance Willis

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**vs.**

Thomas J. Dart

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

1:16-cv-7116
Judge Robert M. Dow, Jr.
Magistrate Judge Jeffrey T. Gilbert
PC4

**CHECK ONE ONLY:**

✓        **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
        **U.S. Code** (state, county, or municipal defendants)

_____        **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
        **28 SECTION 1331 U.S. Code** (federal defendants)

_____        **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.  Plaintiff(s):**

    A.   Name: Terrance Willis

    B.   List all aliases: N/A

    C.   Prisoner identification number: 20150415264

    D.   Place of present confinement: Cook County Jail

    E.   Address: PO Box 089002, Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.  Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.   Defendant: Thomas J Dart

        Title: Cook County Sheriff

        Place of Employment: Cook County Sheriff Office

    B.   Defendant: _____

        Title: _____

        Place of Employment: _____

    C.   Defendant: _____

        Title: _____

        Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: _N/A_____

B.  Approximate date of filing lawsuit: _N/A_____

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_N/A_____

D.  List all defendants: _____ N/A _____

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ____ N/A _____

F.  Name of judge to whom case was assigned: ___ N/A ____

G.  Basic claim made:_____ N/A _____

H.  Disposition of this case (for example:  Was the case dismissed?  Was it appealed? Is it still pending?): _____ N/A _____

I.  Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT.  REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE.  CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Reviewed:  8/2013

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

My name is Terrance Willis. I am writing this to whom this may concern. I'm currently Incarcerated in Cook County (CCDOC). I am filling this lawsuit for being Housed in an inhuman Confinement, the living Conditions are of a Condemed Building. The showers were full of Mold, Rust, Middew and asbestos had to be in the air. A lack of Hot water and Rodents, Insects, Infestation. Also I am a Minimum Security person and I was being housed with Maximum Security people. Incarcerated people are entitled to Confinement Under Human Conditions that Satisfy Basic Human Needs. the division one is full of Cach roaches, Rats and Mice and Insects. Also I never recleved Religous Services while being housed In Division One.

I was housed In Division One, from August 26, 2015 until December 5, 2015.

4

Revised 9/2007

5

Revised 9/2007

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I'm asking for punitive damages and Compensatory damages

**VI.    The plaintiff demands that the case be tried by a jury.    ☑ YES    ☐ NO**

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___May___ day of ___31___ , 20 __16__

_____
(Signature of plaintiff or plaintiffs)

Terrance Willis
(Print name)

20150415264
(I.D. Number)

_____

Chicago Il 60608 POBox 089002
(Address)

6